IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   17-cv-02670-MSK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

THE END OF THE RAINBOW PARTNERS, LLC,

    Defendant,

and

CAROLYN M. ANDERSON,
THE END OF THE RAINBOW FOUNDATION, INC., and
SEAOMA CONSULTING COMPANY,

    Relief Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Opinion and Order Granting Motions for Summary Judgment and Default Judgment, filed February 7, 2020, by the Honorable Marcia S. Krieger, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that default judgment is hereby entered in favor of Plaintiff, Securities and Exchange Commission, and against Defendant, The End of the Rainbow Partners, LLC, in the total amount of $1,715,594.00.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $1,715,594.00 at the legal rate of 1.50% per annum from the date of entry of judgment.

1

It is further

ORDERED that default judgment is hereby entered in favor of Plaintiff, Securities and Exchange Commission, and against Relief Defendant, The End of the Rainbow Foundation, Inc., in the total amount of $247,635.00.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $247,635.00 at the legal rate of 1.50% per annum from the date of entry of judgment. It is further

ORDERED that judgment is hereby entered in favor of Plaintiff, Securities and Exchange Commission, and against Relief Defendant, Carolyn M. Anderson, in the total amount of $506,221.86.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $506,221.86 at the legal rate of 1.50% per annum from the date of entry of judgment. It is further

ORDERED that judgment is hereby entered in favor of Plaintiff, Securities and Exchange Commission, and against Relief Defendant, Seaoma Consulting Company, in the total amount of $402,465.17.  It is further

ORDERED that post-judgment interest shall accrue on the total amount of $402,465.17 at the legal rate of 1.50% per annum from the date of entry of judgment. It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this <u>10th</u> day of February, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk